UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| William Boles | CASE NUMBER |
|---|---|
| Plaintiff(s), v. | CV 008-1989 PSG (Ex) |
| William Castro, et al. Defendant(s). | NOTICE OF DEFICIENCY DEFAULT/DEFAULT JUDGMENT |

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default**s of  1/15/09  for the following reason(s)

☐ No declaration as required by F.R.Civ.P 55(a)
☒ No proof of service/waiver of service on file as to the third amended complaint for all defendants' that you have requested be placed in default as to Afmsi Default Services, Inc., American Brokers Conduit, LLC, and American Home Mortgage Investment Corp.
☐ The name of the person served does not exactly match the complaint
☐ The proof of service on file with the Court does not indicate statute under which the process was served; rule effective May 1, 2001 pursuant to notices from the Clerk rule located under proof of service.
☐ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
☐ Time to respond has not expired
☐ Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
☐ Request forwarded to assigned Judge for consideration
☐ Party dismissed from action on_____
☐ Case terminated on _____
☐ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered**.

The Clerk cannot enter the requested **Default Judgment** against _____ for the following reason(s)

☐ No Entry of Default on file
☐ No declaration of as required by F.R.Civ.P 55(b)
☐ The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
☐ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
☐ An Affidavit of the amount due must accompany the plaintiff's request for default judgment
☐ No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
☐ Amount sought is not for a sum certain or cannot be computed to a sum certain
☐ Attorney Fees sought not in compliance with Local Rule 55.3
☐ Amount sought for costs is incorrect
☐ Case terminated on _____
☐ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered**.

CLERK OF COURT

By A. Bridges (213) 894-6500

CV-52B (12/03)   NOTICE OF DEFICIENCY - DEFAULT/DEFAULT JUDGMENT